Mark Rosetta
    marked@gmail.com
2460 Aaron St
Los Angeles, CA 90026
Phone: 646-403-4343

FILED

FEB 0 6 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Defendant, in pro per

# United States Bankruptcy Court
## Central District of California
### Los Angeles Division

| | |
|---|---|
| In Re<br>    Jane Kao<br>        fka Jane Rashad<br>Debtor<br><br><br>Kevin Singer<br>    Plaintiff<br><br>v.<br><br>Omar Rashad aka Marc Rosetta<br>Does 1-10<br>    Defendants | Bankruptcy Case No: 15-31193<br>in the Southern District of Texas<br><br>Chapter 13<br><br>Adv No: _____<br><br>**NOTICE BY DEFENDANT MARK ROSETTA OF REMOVAL OF STATE COURT CIVIL ACTION FROM THE LOS ANGELES SUPERIOR COURT**<br><br>Los Angeles Superior Court<br>Case No: 16U14834 |

TO The Los Angeles Superior Court, Plaintiff Kevin Singer, and Defendant Jane Kao:

Mark Rosetta, Defendant, hereby removes the lawsuit entitled "Complaint (Unlawful Detainer)", Case No. 16U14834, (the "Action") formerly pending in The Superior Court of California, County of Los Angeles, at 111 North Hill Street, Los Angeles, California to the United States Bankruptcy Court for the Central District of California, pursuant to 28 USC § 1452(a) and FRBP 9027(a), and hereby gives notice of such removal to each of the following:

    Los Angeles Superior Court

    111 N Hill St

    Los Angeles, CA 90012

    Attorney For Plaintiff - Kevin Singer:

    Edward Luis Felman

    Felman Daggenhurst & El Dabe

    13743 Ventura Blvd Ste 350

    Sherman Oaks, CA 91423

    Defendant, in pro per:

    Jane Kao, fka Jane Rashad

    2460 Aaron St

    Los Angeles, CA 90026

Removal of the Action is based upon the following facts:

1. On 12/20/2016, Kevin Singer filed a civil action against "Omar Rashad aka Marc [sic] Rosetta and Does 1-10", entitled "Complaint-Unlawful Detainer", in the Superior Court of Los Angeles.
2. In the Action, Kevin Singer sues for possession of realty as more fully set forth in the copy of the Complaint attached hereto as Exhibit "1."
3. The Action was formerly pending in The Superior Court of California, County of Los Angeles, Central Division.
4. On 3/2/2015, Debtor and Defendant Jane Kao, filed a petition for relief in Southern District of Texas under Chapter 13 of the United States Bankruptcy Code, which is currently pending.
5. By the Action, Plaintiff sues Debtor and Debtor's family to gain possession of the property which is the major asset of Debtor's estate and for damages sought to be collected from the Debtor for hold over. The Action is therefore a core proceeding within the meaning of 28 USC §§ 157 and 1334.
6. Party removing the lawsuit does consent to entry of a final order in the Action by the bankruptcy court.
7. This Court has jurisdiction over the Action pursuant to 28 USC § 1334(b).
8. Removal of the Action to this Court is proper pursuant to 28 USC § 1452(a) and FRBP 9027.

9. Initial venue for the Action is proper in this Court under 28 USC § 1452(a), because this Court is the Bankruptcy Court located in the District where the nonbankruptcy court where the Action was formerly pending was located.

10. Attached hereto as Exhibit "1" is a true and correct copies of accessible pleadings filed in the Action prior to removal, as follows:

   a. Exhibit "1": Complaint

11. If additional documents relating to the Civil Action are required, the Removing party will submit such documents when made available by the clerk of such court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of February, 2017.

*[signature]*

Mark Rosetta

Removing Party and Defendant, in pro per

2460 Aaron St

Los Angeles CA 90026

646-403-4343

Ex 1 - Complaint

Ex 1 - Complaint

EDWARD L. FELMAN
FELMAN, DAGGENHURST & EL DABE
13743 VENTURA BLVD
SUITE 350
SHERMAN OAKS, CA  91423
(818) 728-7920
Bar No. 74380

Attorneys for Plaintiff

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 20 2016

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

16U14834

| | |
|---|---|
| KEVIN SINGER, COURT RECEIVER, | Case No. |
| Plaintiff, | COMPLAINT (UNLAWFUL DETAINER) |
| vs. | LIMITED JURISDICTION |
| OMAR RASHAD AKA MARC ROSETTA, and DOES 1 to 10 inclusive, | LESS THAN $10000 |
| Defendants | |

PLAINTIFF IS INFORMED AND BELIEVES AND THEREFORE ALLEGES:

1. Plaintiff herein is the court receiver of the real property involved herein, which is a residential property located at 2460 AARON ST., LOS ANGELES CA 90026 situated within the above-captioned county. Plaintiff is a court receiver.

2. Prior to October, 2016, the defendant took possession of the premises.

3. On or about October 11, 2016, plaintiff made a demand in writing of said defendant terminating the tenancy and demanding

that they quit the premises within 60 days of service of the 60 day notice. A true and correct copy of said notice and proof of service are attached hereto as Exhibit "A" and by reference thereto incorporated herein as if set forth in full.

4. Defendant has failed to vacate possession of said premises, notwithstanding the expiration of the notice.

5. Said defendant unlawfully holds over and continues in possession of said premises after the expiration of the notice without the permission of the plaintiff.

7. The reasonable value for the use and occupancy of the subject premises is $140.00 per day, and plaintiff seeks such sum as damages from the date of expiration of the notice until the date of judgment herein.

8. Plaintiff is uncertain of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive. Plaintiff will seek leave to amend the complaint to show their true names when they are ascertained. Plaintiff is informed and believes, and therefore alleges that each of the fictitiously named defendants claims a right to possession of said premises.

WHEREFORE, plaintiff prays for judgment as follows:

1. For restitution and possession of the subject premises;

2. For the sum of $140.00 per day for damages for the use and occupancy for the subject premises from the date of expiration of the notice until the rendition of judgment herein;

3. For costs of the suit; and

4. For such other and further relief as the court deems just and proper.

Felman, Daggenhurst & El Dabe

By_____
Edward L. Felman
Attorney for Plaintiff

# SIXTY DAYS' NOTICE OF TERMINATION

TO: Omar Ibrahim Rashad, and all others if any in possession of the real premises located at 2460 Aaron Street, Los Angeles, CA 90026 (the "Premises").

PLEASE TAKE NOTICE that the tenancy from month-to-month under which you hold possession of the Premises is terminated SIXTY (60) days after service on you of this Notice.

No later than December 12, 2016 YOU are hereby required to quit and deliver up possession of the Premises to the Landlord or its agent duly authorized to receive return of possession of the Premises from YOU.

You are hereby notified that if by December 12, 2016 you fail to quit the Premises and deliver up possession of same Premises to Landlord or its duly authorized agent, the Landlord will commence legal proceedings by way of unlawful detainer action against you to recover possession of the Premises, as well as to recover holdover damages, fees and costs as permitted by law.

YOU ARE HEREBY NOTIFIED THAT California State law per Civil Code 1946.1 permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

DATED: October 11, 2016            Signed: _____
                                   Kevin Singer, Superior Court Referee
                                   11150 W. Olympic Blvd. Suite 810
                                   Los Angeles, CA 90064
                                   Kevin@ReceivershipSpecialists.com
                                   (Tel: 310-552-9064)
                                   (Fax: 310-552-9066)

## Proof of Service

I Kevin Singer, the undersigned, being at least 18 years of age, served this notice, of which this is a true copy, on _____, one of the occupants listed above as follows:

___ On _____, _____, I delivered the notice to the occupant personally.

___ On _____, _____, I delivered the notice to a person of suitable age and discretion at the occupant's residence/business after being attempted personal service at the occupant's residence, and business, if known. On _____, _____, I mailed a second copy to the occupant at his or her own residence.

___ On __10-11-2016__, I posted the notice in a conspicuous place on the property, after having attempted personal service at the occupant's residence, and business, if known, and after having been unable to find there a person of suitable age and discretion. On __10-11-2016__, I mailed a second copy to the occupant at the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__10-11-2016__                    _[signature]_
Date                              Signature

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing __complaint-unlawful detainer_____ and know its contents.

☒ **CHECK APPLICABLE PARAGRAPH**

☒ I am a party to this action.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of ___,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☒ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____,
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on X 2/9/16_____, _____, at_____ Los Angeles County _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X Kevin Singer - Court Receiver
Type or Print Name

X _____
Signature

### PROOF OF SERVICE
1011A (1) CCP Revised 1/1/11

STATE OF CALIFORNIA, COUNTY OF