**FILED & ENTERED**

FEB 09 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jane Rashad aka Jane Kao,<br><br>Debtor(s).<br>———————————<br>Kevin Singer,<br><br>Plaintiff(s),<br>v.<br><br>Omar Rashad aka Mark Rosetta, Does 1-10,<br><br>Defendant(s). | CHAPTER 13<br><br>USBC S.D. Tex. Case No.: 15-31193-H3-13<br>Adv No:  2:17-ap-01136-NB<br><br>**ORDER  (1) SETTING ADVERSARY STATUS CONFERENCE; (2) STAYING FURTHER PROCEEDINGS; AND (3) DIRECTING THE REMOVING PARTY TO APPEAR AND SHOW CAUSE RE: REMAND**<br><br>Status Conference<br>Date:      February 21, 2017<br>Time:      11:00 a.m.<br>Courtroom:    1545 |

It appearing to this Bankruptcy Court that the above-captioned proceeding (the "Removed Action") has been removed to this court by the filing of a Notice of Removal (dkt. 1), and it further appearing that the present removal is part of a long history of disputes between the parties to the Removed Action, and it appearing that it is

-1-

appropriate to avoid undue expenditure of time and funds by the parties in further litigation, now therefore,

IT IS ORDERED:

1. A status conference in the Removed Action will be held at the date, time and place set forth in the above caption.  Telephonic appearances are encouraged (provided that parties follow the posted procedures of the undersigned, available at www.cacb.uscourts.gov).

2. Also at the date, time and place set forth in the above caption, **the removing party is directed to appear and show cause** why the Removed Action should not be immediately remanded to the State Court, or otherwise transferred, for substantially the same reasons that this court previously remanded an action between the same or related parties (see adv. p. 2:16-ap-01034-NB, dkt. 16).

3. The removing party must file and serve any response to this order to show cause **no later than February 14, 2017**.

4. All other proceedings in the Removed Action are hereby **stayed**, absent further order of this Bankruptcy Court, and all deadlines are tolled to the maximum extent permitted by law, including the requirements of Local Bankruptcy Rule 9027-1(d) – *i.e.*, the parties are directed at this time not to file in this Bankruptcy Court (a) copies of the pleadings and other documents previously filed in the Removed Action, (b) motions to transfer venue or for remand, or (c) other motions or pleadings (absent specific leave of this Bankruptcy Court in a further written order).  The parties are further directed at this time not to file joint or unilateral status reports pursuant to Local Bankruptcy Rule 7016-1.

5. At the status conference this Bankruptcy Court anticipates addressing whether this court should, on its own motion (11 U.S.C. § 105), remand the Removed Action pursuant to 28 U.S.C. § 1452(b), or set deadlines and a

briefing schedule for any motions of the parties related to such relief, or establish any other procedures for the just, economical, and speedy disposition of the parties' disputes.

###

Date: February 9, 2017

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

-3-

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

<u>Removing Party</u>
Mr. Omar Rashad aka Marc Rosetta
2460 Aaron St.
Los Angeles, CA 90026

<u>Debtor</u>
Ms. Jane Kao fka Jane Rashad
2460 Aaron St.
Los Angeles, CA 90026

Ms. Jane Kao fka Jane Rashad
9374 Briar Forest Drive
Houston, TX 77063

<u>Counsel for Plaintiff Singer</u>
Edward Luis Felman, Esq.
Felman, Daggenhurst & El Dabe
13743 Ventura Blvd., Suite 350
Sherman Oaks, CA 91423

<u>Los Angeles Superior Court Judge</u>
The Presiding Judge for Case No. 16U14834
Los Angeles Superior Court
111 N. Hill St.
Los Angeles, CA 90012

☐ Service information continued on attached page

Date:   2/9/2017        Signature:        /s/ Sharon Sumlin
                        Deputy Clerk [*printed name*]:   Sharon Sumlin