| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lawrence Szabo          SBN 60087<br>Law Office of Lawrence J. Szabo<br>21900 Burbank Blvd., Suite 300<br>Woodland Hills, CA 91367<br>Telephone: 818-992-3146<br>Facsimile:  877-211-8119<br>Email: Larry@lszabolaw.com<br><br>☐ Individual *appearing without an attorney*<br>xx  Attorney *for:* J. Michael Kelly | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JANE RASHAD aka JANE KAO<br><br>                                         Debtor<br><br>KEVIN SINGER<br><br>                                         Plaintiff<br><br>Vs.<br><br>OMAR RASHAD aka MARC ROSETTA, DOES 1 – 10,<br><br>                                         Defendants | CASE NO.: USBC/SDTX 15-31193-h3-13<br>CHAPTER: 13<br>ADVERSARY NO.: 2:17-ap-01136-NB |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT WITH PREJUDICE**<br><br>[Docket Number 2] |

PLEASE TAKE NOTE that the order titled ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT WITH PREJUDICE, was lodged on February 22, 2017, and is attached.  This order relates to the Adversary Status Conference and Order to Show Cause re: Remand,  which is docket number 2.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              Page 1                                              F 9021-1.2.BK.NOTICE.LODGMENT

Lawrence Szabo, SBN 60087
Law Office of Lawrence J. Szabo
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367
Telephone:(818) 992-3146
Facsimile:(310) 877-211-8119
Email: Larry@lszabolaw.com

Attorney for J. Michael Kelly

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br>JANE KAO fka JANE RASHAD, <br><br>    Debtor | CHAPTER 13 <br><br> USBC SDTX <br> BK Case No.: 15-31193-h3-13 <br><br> USBC CADC <br> Adv Case No; 2:17-ap-1136-NB |
| KEVIN SINGER <br><br>    Plaintiff, <br><br> v. <br><br> OMAR RASHAD aka MARC ROSETTA, <br> DOES 1 – 10, <br><br>    Defendants. | **ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT WITH PREJUDICE** <br><br> [Los Angeles Superior Court Case No. 16U14834] <br><br> Hearing Information: <br> Date:   February 21, 2017 <br> Time:   11:00 AM <br> Place:   Courtroom 1545 |

    On February 21, 2017, this Court held an Adversary Status Conference and a hearing on the Court's Order to Show Cause re: Remand to State Court. The Court issued a tentative ruling ("Tentative Ruling") prior to the Status Conference and the

hearing on the Order to Show Cause, a copy of which is attached hereto and by reference made a part hereof.

After considering the papers and record in this case, the arguments of counsel and interested parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that, for the reasons stated by the Court on the record, the Court's Tentative Ruling is hereby adopted and incorporated herein as the Court's final ruling, and this case is hereby remanded to the Los Angeles Superior Court with prejudice.

**IT IS FURTHER ORDERED** that any future attempt to remove this matter to the Bankruptcy Court of the Central District of California will be void *ab initio*.

###

United States Bankruptcy Court
Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, February 21, 2017     Hearing Room   1545

11:00 AM
:
Adv#: 2:17-01136     Singer v. Rashad et al     Chapter 0

#3.00    Status conference re: Removal of State Court Action from Los Angeles Superior Court

Docket No: 0

**Tentative Ruling:**

This court's tentative ruling is to remand this matter to the Los Angeles Superior Court with prejudice, *i.e.*, any future attempt to remove this matter to the Bankruptcy Court of Central District of California will be void *ab initio*. Appearances are not required.

*Proposed order:* This court will prepare the order.

*Reasons for remand:* On February 6, 2017, the removing party, Mr. Marc Rosetta (aka Omar Rashad) ("Mr. Rosetta") filed his notice of removal of Los Angeles Superior Court case 16U14834 (the "Removed Action"). On February 9, 2017, this court issued its order to show cause re: remand (adv. dkt. 2, the "OSC"), directing Mr. Rosetta to appear and show cause why the Removed Action should not be remanded to the Los Angeles Superior Court for substantially the same reasons that this court previously remanded an action between the same or related parties (*see* adv. p. 2:16-ap-01034-NB, dkt. 16).

Mr. Rosetta's written response (adv. dkt. 6) is not persuasive. First, Mr. Rosetta is not a debtor in a case pending before this bankruptcy court. Therefore, he does not have the requisite standing to invoke this court's jurisdiction regardless of whether the subject property is part of a bankruptcy estate.

Second, although Mr. Rosetta asserts that the Removed Action raises new issues, none of the issues discussed in Mr. Rosetta's response are new to this court. *See* adv. p. 2:16-ap-01034-NB, dkt. 16.

Mr. Rosetta's attempted removal to this court appears to be nothing more

# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, February 21, 2017**                            **Hearing Room    1545**

## 11:00 AM
**CONT...**                                                                                             **Chapter 0**

than a delaying tactic. This court is not inclined, on its own motion, to impose any sanctions (believing that it is best to defer to the Superior Court which is managing the litigation before it and can best assess the impact of any attempted delaying tactic). Nevertheless, this court retains jurisdiction for purposes of any post-remand issues that might arise, including hearing any properly presented request for sanctions.

If you wish to dispute the above tentative ruling, please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings".

| Party Information |
|---|

**Defendant(s):**

| | |
|---|---|
| Does 1-10 | Pro Se |
| Omar Rashad | Pro Se |

**Plaintiff(s):**

| | |
|---|---|
| Kevin Singer | Pro Se |

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

| Tuesday, February 21, 2017 | Hearing Room 1545 |
|---|---|

**11:00 AM**

**:**  Chapter 0

Adv#: 2:17-01136    Singer v. Rashad et al

#4.00    Order to show cause why the removed action should not be immediately remanded to the State Court

Docket No: 0

**Tentative Ruling:**

See tentative ruling for adversary proceeding status conference (2/21/17, 11:00 a.m., calendar no. 3).

| Party Information |
|---|

**Defendant(s):**

| Does 1-10 | Pro Se |
|---|---|
| Omar Rashad | Pro Se |

**Plaintiff(s):**

| Kevin Singer | Pro Se |
|---|---|



Adversary LODGED ORDER UPLOAD FORM

Wednesday, February 22, 2017

CONFIRMATION :

Your Lodged Order Info:
( 3860753.docx )
A new order and exhibit has been added

- **Office**: Los Angeles
- **Case Title**: Singer v. Rashad et al
- **Case Number**: 17-01136
- **Judge Initial**: NB
- **Case Type**: ap ( Adversary )
- **Document Number**: 2
- **On Date**: 02/22/2017 @ 03:02 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21900 Burbank Blvd., Suite 300, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE: ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 22, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On February 22, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Edward Felman, Esq. / Felman, Daggenhurst & El Dabe, 13743 Ventura Blvd., Suite 350, Sherman Oaks, CA 91423
Donald L. Turbyfill, Esq. / Devin, Naylor & Turbyfill, PLLC, 5120 Woodway, Suite 9000, Houston, TX 77056-1725
Omar Rashad aka Marc Rosetta, 2460 Aaron St., Los Angeles, CA 90026
Jane Kao fka Jane Rashad, 2460 AaronSt., Los Angeles, CA 90026
Jane Kao fka Jane Rashad, 9374 Briar Forest Dr., Houston, TX 77063
Los Angeles Superior Court , Judge Deborah Christian , Dept. 94, 111 N. Hill St., Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* February 22, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason
United States Bankruptcy Court
255 E. Temple St. / Suite 1552
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 22, 2017 | Lawrence Szabo | /s/ Lawrence Szabo |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

24005 Burbank Blvd, Suite 300, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE: ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 22, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On February 22, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Edward Fellman, Esq. / Fellman, Daggenhurst & El Dabe, 13743 Ventura Blvd, Suite 350, Sherman Oaks, CA 91423
Donald L. Turbyfill, Esq. / Devlin, Naylor & Turbyfill, PLLC, 5120 Woodway, Suite 9000, Houston, TX 77056-1725
Umer Rashed aka Marc Rosetta, 2460 Aaron St, Los Angeles, CA 90026
Jane Kao fka Jane Rashed, 2460 Aaron St, Los Angeles, CA 90026
Jane Kao fka Jane Rashed, 5574 Brier Forest Dr, Houston, TX 77083
Los Angeles Superior Court, Judge Deborah Christian, Dept. 64, 111 N. Hill St, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) February 22, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason
United States Bankruptcy Court
255 E. Temple St. / Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 22, 2017 | Lawrence Szabo | /s/ Lawrence Szabo |
|---|---|---|
| Date | Printed Name | Signature |