Lawrence Szabo, SBN 60087
Law Office of Lawrence J. Szabo
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367
Telephone:(818) 992-3146
Facsimile:(310) 877-211-8119
Email: Larry@lszabolaw.com

Attorney for J. Michael Kelly



**FILED & ENTERED**

FEB 24 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** francis    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JANE KAO fka JANE RASHAD,<br><br>           Debtor<br><br>———————————————<br><br>KEVIN SINGER<br><br>           Plaintiff,<br><br>v.<br><br>OMAR RASHAD aka MARC ROSETTA,<br><br>DOES 1 – 10,<br><br>           Defendants. | CHAPTER 13<br><br>USBC SDTX<br>BK Case No.: 15-31193-h3-13<br><br>USBC CADC<br>Adv Case No; 2:17-ap-01136-NB<br><br>**ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT WITH PREJUDICE**<br><br>**[Los Angeles Superior Court Case No. 16U14834]**<br><br>Hearing Information:<br>Date:    February 21, 2017<br>Time:    11:00 AM<br>Place:   Courtroom 1545 |

     On February 21, 2017, this Court held an Adversary Status Conference and a hearing on the Court's Order to Show Cause re: Remand to State Court. The Court issued a tentative ruling ("Tentative Ruling") prior to the Status Conference and the

hearing on the Order to Show Cause, a copy of which is attached hereto and by reference made a part hereof.

After considering the papers and record in this case, the arguments of counsel and interested parties, and good cause appearing therefor~~e~~,

**IT IS HEREBY ORDERED** that, for the reasons stated by the Court on the record, the Court's Tentative Ruling is hereby adopted and incorporated herein as the Court's final ruling, and this case is hereby remanded to the Los Angeles Superior Court with prejudice.

**IT IS FURTHER ORDERED** that any future attempt to remove this matter to the Bankruptcy Court of the Central District of California will be void *ab initio*.

###

Date: February 24, 2017

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, February 21, 2017     Hearing Room   1545

11:00 AM
:
                                                                                                     **Chapter 0**

Adv#: 2:17-01136     Singer v. Rashad et al

#3.00     Status conference re: Removal of State Court
Action from Los Angeles Superior Court

                             Docket No: 0

**Tentative Ruling:**

This court's tentative ruling is to remand this matter to the Los Angeles Superior Court with prejudice, *i.e.*, any future attempt to remove this matter to the Bankruptcy Court of Central District of California will be void *ab initio*. <u>Appearances are not required</u>.

*Proposed order:* This court will prepare the order.

*Reasons for remand:* On February 6, 2017, the removing party, Mr. Marc Rosetta (aka Omar Rashad) ("Mr. Rosetta") filed his notice of removal of Los Angeles Superior Court case 16U14834 (the "Removed Action"). On February 9, 2017, this court issued its order to show cause re: remand (adv. dkt. 2, the "OSC"), directing Mr. Rosetta to appear and show cause why the Removed Action should not be remanded to the Los Angeles Superior Court for substantially the same reasons that this court previously remanded an action between the same or related parties (*see* adv. p. 2:16-ap-01034-NB, dkt. 16).

Mr. Rosetta's written response (adv. dkt. 6) is not persuasive. First, Mr. Rosetta is not a debtor in a case pending before this bankruptcy court. Therefore, he does not have the requisite standing to invoke this court's jurisdiction regardless of whether the subject property is part of a bankruptcy estate.

Second, although Mr. Rosetta asserts that the Removed Action raises new issues, none of the issues discussed in Mr. Rosetta's response are new to this court. *See* adv. p. 2:16-ap-01034-NB, dkt. 16.

Mr. Rosetta's attempted removal to this court appears to be nothing more

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, February 21, 2017**　　　　　　　　　　　　　　　　　　　　　**Hearing Room  1545**

---

<u>11:00 AM</u>
**CONT...**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 0**

than a delaying tactic. This court is not inclined, on its own motion, to impose any sanctions (believing that it is best to defer to the Superior Court which is managing the litigation before it and can best assess the impact of any attempted delaying tactic). Nevertheless, this court retains jurisdiction for purposes of any post-remand issues that might arise, including hearing any properly presented request for sanctions.

If you wish to dispute the above tentative ruling, please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings".

|  | **Party Information** |  |
|---|---|---|

**Defendant(s):**

　　Does 1-10　　　　　　　　　　　　　　　　　　　　Pro Se

　　Omar Rashad　　　　　　　　　　　　　　　　　　Pro Se

**Plaintiff(s):**

　　Kevin Singer　　　　　　　　　　　　　　　　　　Pro Se

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Judge Neil Bason, Presiding
## Courtroom 1545 Calendar

**Tuesday, February 21, 2017**      **Hearing Room**    **1545**

<u>11:00 AM</u>

Adv#: 2:17-01136     Singer v. Rashad et al                   **Chapter 0**

**#4.00**    Order to show cause why the removed action should not be immediately remanded to the State Court

Docket No: 0

**Tentative Ruling:**

See tentative ruling for adversary proceeding status conference (2/21/17, 11:00 a.m., calendar no. 3).

| Party Information |
|---|

**Defendant(s):**

    Does 1-10                                       Pro Se

    Omar Rashad                                 Pro Se

**Plaintiff(s):**

    Kevin Singer                                   Pro Se